UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Andres F. Gonzalez-Ossa, § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. 1:24-CV-01210-ADA |
| § | |
| Apple Inc. et al., § | |
| § | |
| Defendants. § | |

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell. ECF No. 8. The report recommends Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 5) be **GRANTED**. Judge Howell also reviewed and made a recommendation on the merits of Plaintiff's claims pursuant to 28 U.S.C. § 1915(e). Judge Howell recommended the case be **DISMISSED WITHOUT PREJUDICE** due to pleading failures and Plaintiff's failure to exhaust administrative remedies. ECF No. 8 at 2–5.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (ECF No. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

All other pending motions are **DENIED AS MOOT**.

The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 15th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE